Charles M. Coate, Esq. (State Bar Number: 140404)
Theresa E. Johnson, Esq. (State Bar Number: 254123)
COSTA ABRAMS & COATE LLP
1221 Second Street, Third Floor
Santa Monica, CA 90401
Phone: (310) 576-6161
Fax:   (310) 576-6160
Email: ccoate@cacllp.com
Attorneys for Petitioner Latinamerican Theatrical Group, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATINAMERICAN THEATRICAL GROUP, LLC, a Florida Limited Liability Company,<br><br>Petitioner,<br>vs.<br><br>SWEN INTERNATIONAL HOLDING, n/k/a EQUATORIAL DISTRIBUTION COMPANY, a Panama corporation,<br><br>Respondent. | Case No.: CV-13-1270 CAS (RNBx)<br><br>**[AMENDED PROPOSED] CORRECTED JUDGMENT CONFIRMING INTERNATIONAL ARBITRATION AWARD**<br><br>**Cont. Hearing Date: August 5, 2013**<br>**Time: 10:00 a.m.**<br>**Courtroom: 5** |

Petitioner's Petition for Order Confirming International Arbitration Award and Respondent's Motion for Order Vacating or Correcting the Award both came on for hearing on August 5, 2013, in Courtroom 5 of the above-entitled Court, the Honorable Christina A. Snyder presiding. Appearances were made by Charles M. Coate, Esq. and Theresa E. Johnson, Esq. on behalf of Petitioner Latinamerican Theatrical Group, LLC,

1

and by Vincent L. Ravine, Esq. on behalf of Respondent Swen International Holding now known as ("n/k/a") Equatorial Distribution Company. Petitioner's Petition was duly GRANTED and Respondent's Motion to Vacate/Correct was DENIED.

**IT IS HEREBY ORDERED AND ADJUDGED:**

The parties' international arbitration award entered on January 10, 2013 by the Independent Film & Television Alliance (the "Award") is CONFIRMED against Respondent Swen International Holding n/k/a Equatorial Distribution Company ("Respondent"), and in favor of Petitioner Latinamerican Theatrical Group, LLC ("Petitioner"), and Respondent is ordered to pay Petitioner as follows:

(1) The sum of Four-Hundred Thirty-Three Thousand, Eight Hundred and Sixty-Seven Dollars ($433,867) as contract damages; such amount to be paid forthwith;

(2) Interest from the date of the Award at the legal rate of Forty-Three Thousand, Three-Hundred Eighty-Six Dollars ($43,386) per year, pro-rated daily, from the date of the Award on the unpaid balance of the damages awarded, until such damages are paid in full;

(3) Attorney's fees and costs in connection with the arbitration proceeding in the amount of Seventy-Six Thousand, Two-Hundred Ninety-Six Dollars and Fifty-Four Cents ($76,296.54); such amount to be paid forthwith;

(4) The written agreement dated as of December 1, 2008 between Petitioner and Respondent concerning the exploitation and distribution of the motion picture entitled "13" (the "Picture") (the "Distribution Agreement") is hereby deemed in full force and effect, and all rights therein to the Picture shall be retained free and clear for the

benefit of Petitioner. In the event that Petitioner seeks to recover any additional amounts that might become due under the existing licenses of the Picture issued by Respondent, or should ratification be required in order for the current licenses to be otherwise honored by their licensees, Petitioner shall, at the reasonable request of Respondent, issue such ratifications of such licenses as may be reasonably required in a form customary in the international motion picture distribution industry;

    (5)    Respondent shall hold no rights or interest of any nature in and to the Picture, except with respect to the right to collect and pay over to Petitioner any additional sums that may become due under the licenses of the Picture as noted in the immediately preceding Paragraph 4;

    (6)    For such other relief deemed proper by the Court.

**THEREFORE IT IS ORDERED** that judgment in favor of Petitioner Latinamerican Theatrical Group, LLC and against Respondent Swen International Holding n/k/a Equatorial Distribution Company shall be entered accordingly.

**IT IS SO ORDERED.**

Dated: August 23, 2013

                          Hon. Christina A. Snyder

Respectfully submitted by,
COSTA ABRAMS & COATE LLP
By: __/s/ Charles M. Coate_____
Charles M. Coate
Theresa E. Johnson
COSTA ABRAMS & COATE LLP
1221 Second Street, Third Floor, Santa Monica, CA 90401
Tel: (310) 576-6161; Fax: (310) 576-6160
Attorneys for Petitioner Latinamerican Theatrical Group, LLC

[PROPOSED] JUDGMENT CONFIRMING INTERNATIONAL ARBITRATION AWARD